

**THE SUPREME COURT OF TEXAS**
Post Office Box 12248
Austin, Texas 78711

(512) 463-1312

December 03, 2012



FILED IN COURT OF APPEALS
12th Court of Appeals District

DEC 4 2012

TYLER, TEXAS
CATHY S. LUSK, CLERK

Mr. Mike A. Hatchell
Locke Lord LLP
100 Congress Avenue, Suite 300
Austin, TX 78701-2748

Mr. Ronald D. Stutes
Potter Minton, P.C.
110 N College, Suite 500
Tyler, TX 75701

RE:  Case Number:  11-0161
Court of Appeals Number:  12-09-00189-CV
Trial Court Number:  96-123

Style:  LARRY T. LONG, L. ALLAN LONG, AND B. VIRGINIA LONG, IN THEIR
CAPACITIES AS TRUSTEES OF THE LAWRENCE ALLAN LONG TRUST, THE
CHARLES EDWARD LONG TRUST, THE LARRY THOMAS LONG TRUST AND
THE JOHN STEPHEN LONG TRUST D/B/A THE LONG TRUSTS
v.
CASTLE TEXAS PRODUCTION LIMITED PARTNERSHIP

Dear Counsel:

Today the Supreme Court of Texas issued the enclosed order in the above-referenced cause.

Sincerely,

Blake A. Hawthorne

Blake A. Hawthorne, Clerk

by Claudia Jenks, Chief Deputy Clerk

cc:  Jean Hodges
Cathy S. Lusk

FILE COPY

# IN THE SUPREME COURT OF TEXAS

FILED IN COURT OF APPEALS
12th Court of Appeals District

DEC 4 2012

TYLER, TEXAS
CATHY S. LUSK, CLERK

No. 11-0161

LARRY T. LONG, L. ALLAN LONG, AND B. VIRGINIA LONG, IN THEIR CAPACITIES AS TRUSTEES OF THE LAWRENCE ALLAN LONG TRUST, THE CHARLES EDWARD LONG TRUST, THE LARRY THOMAS LONG TRUST AND THE JOHN STEPHEN LONG TRUST D/B/A THE LONG TRUSTS, PETITIONERS

v.

CASTLE TEXAS PRODUCTION LIMITED PARTNERSHIP, RESPONDENT

ON PETITION FOR REVIEW

## ORDER

1.      Pursuant to *Castle Texas Production Limited Partnership's* Notice to Petitioners of Removal to Federal Court, filed on November 29, 2012, this case is **ABATED** effective immediately.

2.      This case is abated pursuant to TEX. R. APP. P. 8.2 until further order of this Court and is removed from the Court's active docket, subject to reinstatement upon proper motion. Tex. R. App. P. 8.3. All motions and other documents pending or filed are abated subject to being reurged in the event the case is reinstated. TEX. R. APP. P. 8.2 and 8.3. The Court directs the parties to notify the Court of all events affecting the status of this case, and, in any event, to file a status report by February 1, 2013. .

Done at the City of Austin, this 3rd of December, 2012.

BLAKE A. HAWTHORNE, CLERK
SUPREME COURT OF TEXAS

By Claudia Jenks, Chief Deputy Clerk